UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DENNIS SPOON ATKINSON                           CIVIL ACTION

VERSUS                                          NUMBER: 06-5820

NOPD                                            SECTION: "I"(5)


<u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed.

New Orleans, Louisiana, this ___23rd___ day of July, 2007.

UNITED STATES DISTRICT JUDGE